USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/25/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRYWALL TAPERS AND POINTERS OF GREATER NEW YORK LOCAL UNION 1974, AFFILIATED WITH INTERNATIONAL UNION OF ALLIED PAINTERS AND ALLIED TRADES, AFL-CIO AND TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS,

Petitioners,

-v-

DRYWALL & ACOUSTICS OF NORTHEAST INC. D/B/A DRYWALL & ACOUSTICS OF N.E. D/B/A DRYWALL & ACOUSTICS,

Defendants.

---

1:19-cv-5553-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On October 25, 2019, Petitioners filed a motion for entry of default judgment. Dkt. No. 12. On February 21, 2020, this action was reassigned to the Court. Pursuant to the Court's Individual Rules of Practice in Civil Cases, a party seeking a default judgment must proceed by way of an order to show cause. Therefore, Petitioners' pending motion for default judgment is denied without prejudice. The Court expects that any proposed order to show cause will be submitted by no later than March 10, 2020.

Counsel for Petitioners is directed to serve this order on Defendant and to retain proof of service. The Clerk of Court is directed to terminate the motion pending at docket number 12.

SO ORDERED. Dated:

February 25, 2020
New York, New York

GREGORY H. WOODS
United States District Judge