```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
DRYWALL TAPERS AND POINTERS OF                                :
GREATER NEW YORK LOCAL UNION                                  :
1974, AFFILIATED WITH                                         :
INTERNATIONAL UNION OF ALLIED                                 :
PAINTERS AND ALLIED TRADES, AFL-                              :   1:19-cv-5553-GHW
CIO AND TRUSTEES OF THE DRYWALL                               :
TAPERS AND POINTERS LOCAL UNION                               :       ORDER
NO. 1974 BENEFIT FUNDS,                                       :
                                                              :
                              Petitioners,                    :
                                                              :
                  -v-                                         :
                                                              :
DRYWALL & ACOUSTICS OF NORTHEAST                              :
INC. D/B/A DRYWALL & ACOUSTICS OF                             :
N.E. D/B/A DRYWALL & ACOUSTICS,                               :
                              Respondent.                     :
                                                              :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/20

GREGORY H. WOODS, United States District Judge:

As discussed during the hearing held on May 6, 2020, counsel for Petitioners is directed to submit a renewed petition for confirmation, together with all factual documentation and legal argumentation Petitioners wish the Court to consider, by May 20, 2020. In particular, Petitioners are directed to include evidence that Respondent is bound by the collective bargaining agreement at issue. Petitioners are directed to serve the renewed application materials on Respondent by May 21, 2020, and to file proof of service. Any opposition is due within three weeks of the date on which Respondent is served.

Counsel for Petitioners is directed to serve this order on Respondent by May 8, 2020, and to file proof of service.

SO ORDERED.

Dated: May 6, 2020

_____
GREGORY H. WOODS
United States District Judge